UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELIC MARIA FRANCES,<br><br>Plaintiff,<br>v.<br><br>FALLON NAVAL AIR STATION PERSONNEL, et al,<br><br>Defendants. | Case No. 3:25-cv-00373-ART-CLB<br><br>ORDER ON MOTION FOR RELIEF FROM JUDGMENT AND REQUEST TO VACATE ORDER CLOSING CASE (ECF No. 38) |

Angelica Maria Frances brings this suit against Churchill County Authorities and related parties pursuant to 42 U.S.C. § 1983, 1985(3), 1981, RICO Act, and various state laws. The Court adopted the magistrate judge's Report and Recommendation closing the case on October 21, 2025. (ECF No. 37.) Ms. Frances filed the pending Motion for Relief from Judgment on October 23, 2025. (ECF No. 38.)

## I. Legal Standard

Under Rule 60(b)(1), a court may relieve a party from a final judgment for "mistake, inadvertence, surprise, or excusable neglect." Fed. R. Civ. P. 60(b)(1). Rule 60(b)(1) motions must be made within a reasonable time, and no more than a year after the challenged judgment, order, or proceeding. Fed. R. Civ. P. 60(c)(1). "[T]he determination of whether neglect is excusable is an equitable one that depends on at least four factors: (1) the danger of prejudice to the opposing party; (2) the length of the delay and its potential impact on the proceedings; (3) the reason for the delay; and (4) whether the movant acted in good faith." *Bateman v. U.S. Postal Service*, 231 F.3d 1220, 1223-24 (9th Cir. 2000).

## II. Analysis

The Court finds that Ms. Frances qualifies for Rule 60(b)(1) relief for excusable

neglect. The danger of prejudice here is slight, as no discovery has been conducted and it is still the very early stages of the case. The delay was short; Ms. Frances filed the pending motion just two days after the case was closed, considerably shorter than the year-long deadline prescribed by Rule 60. Ms. Frances argues that she did not receive timely notice of the R&R and lacked PACER access until October 22, 2025, after judgment was entered. It appears the Ms. Frances' motion is pursued in good faith given her expeditious attempt to remedy the problem.

Given that the Court will grant Ms. Frances' request for relief on this ground, it does not address Ms. Frances' remaining arguments.

## III. Conclusion

It is therefore ordered that Ms. Frances' Motion for Relief from Judgment (ECF No. 38) is GRANTED.

It is further kindly ordered that the Clerk reopen this case.

It is further ordered that Ms. Frances will have until July 30, 2026, to file a motion to reconsider this Court's order closing the case (ECF No. 37.)

Dated this 15th day of July, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE